Joseph M. Sanderson
(212) 378-7615
josanderson@steptoe.com



1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

September 8, 2022

**BY ECF**

The Honorable Katherine P. Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re: <u>Maddy v. Hallmark Cards, Inc., 1:22-cv-05249</u>
    **Consent Letter Motion to Adjourn Initial Pretrial Conference**

Dear Judge Failla:

We represent Defendant Hallmark Cards, Inc. ("Defendant") in the above captioned matter. We respectfully submit this letter to request that the Court adjourn the Initial Pretrial Conference currently set for September 15, 2022 at 4:00 pm. Mars Khaimov, counsel for Plaintiff Veronica Maddy, has consented to this request.

On June 27, 2022, the Court issued an order setting the Initial Pretrial Conference for September 15, 2022. *See* Dkt. 5. On August 11, 2022, Plaintiff submitted an executed waiver of service, thereby establishing September 26, 2022 as the deadline by which Defendant must respond to the complaint. *See* Dkt. 6. Therefore, Defendant requests, and Plaintiff consents, that the Court adjourn the presently scheduled Initial Pretrial Conference to a date after Defendant's current deadline to respond to the complaint.

This is the first request to adjourn the Initial Pretrial Conference and no other extensions of any deadline have been requested in this matter. The Parties will continue their discussions throughout this period, and agree that adjournment of this deadline will promote judicial efficiency and facilitate their good faith efforts to resolve this matter without further burdening this Court's time and resources.

Defendant therefore requests, and Plaintiff consents, that this Court adjourn the presently scheduled Initial Pretrial Conference until a date after Defendant's deadline to respond to the complaint.

Respectfully submitted,

/s/ Joseph M. Sanderson
        Joseph M. Sanderson

cc:   All counsel of record, via ECF

Application GRANTED.  The initial pretrial conference scheduled for September 15, 2022, is hereby ADJOURNED to **October 14, 2022, at 3:00 p.m.**  The Clerk of Court is directed to terminate the pending motion at docket number 7.

Dated:     September 9, 2022         SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE